**Order entered April 25, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01370-CR

## VICTOR N. ROJAS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F05-21244-L**

## ORDER

Before the Court is the State of Texas's April 22, 2016 motion to direct the court reporter to supplement the record in this case with a transcript of hearings on appellant's motion for speedy trial, and to extend the deadline by which the State's brief is due. The motion is **GRANTED**. We **ORDER** Victoria Franklin, Official Court Reporter, Criminal District Court No. 5, Dallas County, Texas, to file **on or before May 10, 2015**, a supplemental reporter's record containing (1) a transcript of the April 13, 2015 hearing on appellant's motion for speedy trial in Cause No. F05-21244-L, and (2) a transcript of the April 20, 2015 hearing on appellant's motion for speedy trial in Cause No. F05-21244-L; or a letter stating the proceedings were not recorded. Upon receipt of the supplemental record, appellant may request time in which to file supplemental briefing, if any, based upon the supplemental record. We **DIRECT** the Clerk of

the Court to remove this case from the May 17, 2016 submission docket.  This case will be reset for submission in due course.

/s/  ELIZABETH LANG-MIERS
    PRESIDING JUSTICE